Entered on Docket
September 24, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-WMC2
09-75667

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | BK-S-09-23823-lbr |
|---|---|
| Annette T. Craighead | Date: 9/9/09<br>Time: 9:30am |
| Debtor. | Chapter 7 |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-WMC2, its assignees and/or successors in interest, of the subject property, generally described as 1405 S. Nellis Blvd. 1078, Las Vegas, NV 89104.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors and Trustee at least five business days' notice of the time, place and date of sale.

DATED this _____ day of _____ 2009

Submitted by:
**WILDE & ASSOCIATES**

By _/s/ R. Sallost #10235_
**GREGORY L. WILDE, ESQ.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

_____
Charles T. Wright
3130 S. Rainbow Blvd.
Ste. 304
Las Vegas, NV 89146
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
Yvette Weinstein
6450 Spring Mtn. Rd. #14
Las Vegas, NV 89146
Chapter 7 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

____ The court waived the requirements of LR 9021.

____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

____ approved the form of this order        ____ disapproved the form of this order

____ waived the right to review the order and/or   _X_ failed to respond to the document

____ appeared at the hearing, waived the right to review the order

____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

____ approved the form of this order        ____ disapproved the form of this order

____ waived the right to review the order and/or   _X_ failed to respond to the document

Other Party:_____

____ approved the form of this order        ____ disapproved the form of this order

____ waived the right to review the order and/or   ____ failed to respond to the document

Breach Order:

____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of this proposed order were transmitted to Debtor's counsel and appointed trustee to which they have not replied

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor